THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
dmanthripragada@gibsondunn.com
JUSTIN T. GOODWIN, SBN 278721
jgoodwin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants GRUBHUB HOLDINGS INC. and GRUBHUB INC.

SHANNON LISS-RIORDAN, *pro hac vice*
sliss@llrlaw.com
THOMAS FOWLER, *pro hac vice*
tfowler@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
TELEPHONE: 617.994.5800
Facsimile: 617.994.5801

MATTHEW CARLSON, SBN 273242
mcarlson@carlsonlegalservices.com
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 510.239.4710

Attorneys for Plaintiffs ANDREW TAN and RAEF LAWSON, in their capacity as Private Attorney General Representatives, and RAEF LAWSON, on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANDREW TAN and RAEF LAWSON in their capacities as Private Attorney General Representatives, and RAEF LAWSON, individually and on behalf of all other similarly situated individuals,

Plaintiffs,

v.

GRUBHUB HOLDINGS INC. and GRUBHUB INC.,

Defendants.

CASE NO. 3:15-cv-05128-JSC

**STIPULATION REGARDING CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, STAY ALL PAGA CLAIMS AND CASE MANAGEMENT CONFERENCE**

ACTION FILED: September 23, 2015

[*Removal from the Superior Court of the State of California in and for San Francisco County, Case No. CGC-15-548103*]

Plaintiffs Andrew Tan and Raef Lawson and Defendants GrubHub Holdings Inc. and GrubHub Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendants filed their Motion to Dismiss First Amended Complaint Or, Alternatively, Stay All PAGA Claims (the "Motion") on January 29, 2016, noticed for a hearing on March 8, 2016;

WHEREAS, on February 3, 2016, the Court issued a briefing schedule setting February 12, 2016 as the deadline for responses to Defendants' Motion, February 19, 2016 as the deadline for replies, and March 10, 2016 as the hearing date;

WHEREAS, on February 3, 2016, the Court continued the Case Management Conference from February 11, 2016 to March 31, 2016;

WHEREAS, Plaintiffs are not available to attend a hearing on March 8, 2016 or March 10, 2016;

WHEREAS, the parties have conferred and Defendants do not oppose Plaintiffs' request to continue the hearing date for Defendants' Motion;

WHEREAS, the parties are not seeking a continuance of the Opposition and Reply deadlines;

WHEREAS, both parties are available to attend the hearing on Defendants' Motion on March 24, 2016, if that date is convenient for the Court; and

WHEREAS, if the Court continues the hearing on Defendants' Motion to March 24, 2016, the parties agree that the Case Management Conference should be continued from March 31, 2016 to April 14, 2016 (maintaining the 21-day interval between the Motion hearing and the Case Management Conference in the current schedule).

NOW THEREFORE IT IS HEREBY STIPULATED THAT the deadline for Plaintiffs to file their Opposition to Defendants' Motion shall be set as February 12, 2016, the deadline for Defendants to file their Reply in support of the Motion shall be set as February 19, 2016, the hearing on the Motion shall be continued to March 24, 2016, and the Case Management Conference shall be continued to April 14, 2016.

Dated: February 8, 2016

Respectfully submitted,

Respectfully submitted,

ANDREW TAN and RAEF LAWSON, in their capacity as Private Attorney General Representatives, and RAEF LAWSON, on behalf of himself and all others similarly situated, PLAINTIFFS

By their attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan, *pro hac vice*
Thomas Fowler, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com, tfowler@llrlaw.com

Matthew Carlson (SBN 273242)
CARLSON LEGAL SERVICES
100 Pine Street, Suite 1250
San Francisco, CA 94111
(510) 239-4710
Email: mcarlson@carlsonlegalservices.com

GRUBHUB HOLDINGS INC. and GRUBHUB INC., DEFENDANTS,

By their attorneys,

GIBSON, DUNN & CRUTCHER LLP

Dated: February 10, 2016

By: /s/ Dhananjay S. Manthripragada
Dhananjay S. Manthripragada

Attorneys for Defendants GRUBHUB HOLDINGS INC. and GRUBHUB INC.

UNITED STATES DISTRICT COURT
GRANTED
Judge Jacqueline Scott Corley
NORTHERN DISTRICT OF CALIFORNIA