UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW TAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GRUBHUB, INC., et al.,<br><br>        Defendants. | Case No. 15-cv-05128-JSC<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

The parties in this putative class action appeared in court for a Case Management Conference on May 5, 2016. At the conference, the parties discussed Defendants' intent to file a motion to deny class certification on the grounds that, unlike Plaintiff Raef Lawson ("Lawson"), most of the other drivers are bound by arbitration agreements and therefore cannot be members of a class represented by Lawson. Defendants also intend to file a motion to dismiss Plaintiffs' amended complaint. For the reasons discussed at the conference, the Court ORDERS Defendants to file a motion to deny class certification by June 2, 2016. Plaintiffs' opposition is due by June 23, 2016, and Defendants' reply, if any, is due by June 30, 2016. The Court will hear oral argument on the motion on July 13, 2016 at 9:00 a.m. To the extent possible, Defendants should notice their motion to dismiss for the same date.

**IT IS SO ORDERED.**

Dated: May 5, 2016

JACQUELINE SCOTT CORLEY
United States Magistrate Judge