UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON,<br><br>    Plaintiff,<br><br>v.<br><br>GRUBHUB, INC., et al.,<br><br>    Defendants. | Case No. 15-cv-05128-JSC<br><br>**ORDER RE DISCOVERY LETTER**<br>Re: Dkt. No. 171 |

The Court is in receipt of a joint discovery letter brief submitted by Plaintiff Rael Lawson and Defendants Grubhub Holdings Inc. and Grubhub Inc. (together, "Grubhub") concerning a number of pretrial matters. (Dkt. No. 171.)

Having reviewed the joint discovery letter brief the Court orders the following:

1. The parties should organize the trial exhibits such that each document is a separate exhibit. The parties shall not bundle several documents into one exhibit.
2. Grubhub must explain to Plaintiff how it conducted its search for documents concerning complaints made by other drivers regarding the accuracy of Grubhub's time records, in particular what search terms were used.
3. If Mr. Kelly testifies at trial, he must be made available for a deposition in San Francisco within two weeks of this order. The Court will address Plaintiff's charts and the deposition and testimony of Plaintiff's paralegal at the pretrial conference on August 24, 2017.
4. The Court will address Grubhub's ROGS concerning Plaintiff's tax information and whether Plaintiff should be ordered to respond at the pretrial conference on August 24, 2017.

The telephonic discovery hearing scheduled for Monday August 21, 2017 at 11 a.m. is VACATED.

**IT IS SO ORDERED.**

Dated: August 18, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge