SHANNON LISS-RIORDAN (State Bar No. 310719)
(sliss@llrlaw.com)
THOMAS FOWLER, *pro hac vice*
(tfowler@llrlaw.com)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:     (617) 994-5800
Facsimile:     (617) 994-5801

Matthew D. Carlson (State Bar No. 273242)
mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, California 94102
Telephone: (415) 630-2651
Facsimile:  (617) 994-5801

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAEF LAWSON, individually and on behalf of
all other similarly situated individuals, and in
his capacity as Private Attorney General
Representative

        Plaintiff,

v.

GRUBHUB HOLDINGS INC. and GRUBHUB
INC.,

        Defendants.

Case No. 15-cv-05128 JSC

**PLAINTIFF'S OBJECTIONS TO
GRUBHUB'S EXHIBITS**

BEFORE THE HON. JACQUELINE SCOTT
CORLEY

Plaintiff Raef Lawson hereby makes the following objections to certain of GrubHub's exhibits on the parties' Joint Exhibit List, Dkt. 183.

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1001 | R. Lawson's IMDB page | Lawson Ex. 1 | | | Relevance | |
| 1002 | R. Lawson's Delivery Service Provider Agreement | GH000305 | GH000343 | | | |
| 1003 | R. Lawson's Delivery Service Provider Agreement | GH000348 | GH000353 | | | |
| 1004 | R. Lawson's Delivery Service Provider Agreement | GH000111 | GH000124 | | | |
| 1005 | Correspondence between Grubhub and R. Lawson | GH000302 | GH000304 | | | |
| 1006 | Email from R. Lawson to Grubhub | GH000074 | | | | |
| 1007 | Correspondence between Grubhub and R. Lawson | GH000075 | GH000076 | | | |
| 1008 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." | | | | | |

1

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Dkt. 145 at 4. | | | | | |
| 1009 | Correspondence between Grubhub and R. Lawson | GH000085 | GH000088 | | | |
| 1010 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1011 | Correspondence between Grubhub and R. Lawson | GH000288 | GH000290 | | | |
| 1012 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1013 | Correspondence between Grubhub and R. Lawson | GH000298 | | | | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1014 | R. Lawson's 2015 W-9 | GH000344 | GH000347 | | GrubHub should redact Plaintiff's personal identifying information | |
| 1015 | R. Lawson's 2016 W-9 | GH000354 | GH000357 | | GrubHub should redact Plaintiff's personal identifying information | |
| 1016 | Grubhub Presentation | GH000466 | GH000491 | | | |
| 1017 | R. Lawson's 2015 1099 | GH000496 | | | GrubHub should redact Plaintiff's personal identifying information | |
| 1018 | Data re R. Lawson's Scheduled Blocks | GH000506 | GH000507 | | | |
| 1019 | Data re R. Lawson's Payments | GH000508 | GH000509 | | | |
| 1020 | Data re R. Lawson's Deliveries | GH000510 | GH000514 | | | |
| 1021 | Grubhub delivery zones | GH000516 | | | | |
| 1022 | R. Lawson's Redshift Data | GH001058 | GH001099 | | | |
| 1023 | R. Lawson voided check | GH001110 | | | GrubHub should redact Plaintiff's personal identifying information | |
| 1024 | R. Lawson information sheet | GH001214 | | | GrubHub should redact Plaintiff's | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | | | | | personal identifying information | |
| 1025 | R. Lawson information | GH001229 | GH001230 | | GrubHub should redact Plaintiff's personal identifying information | |
| 1026 | Email from R. Lawson to Grubhub | GH001232 | | | | |
| 1027 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1028 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1029 | Email from M. Nguyen to Grubhub | GH001704 | | | | |
| 1030 | Correspondence between M. Nguyen and Grubhub | GH001705 | GH001706 | | | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1031 | Correspondence between Grubhub and R. Lawson | LAWSON000029 | | | | |
| 1032 | Correspondence between Grubhub and R. Lawson | LAWSON000031 | LAWSON000032 | | | |
| 1033 | Correspondence between Grubhub and R. Lawson | LAWSON000051 | | | | |
| 1034 | Email from Grubhub to R. Lawson | LAWSON000066 | LAWSON000068 | | | |
| 1035 | Email from Grubhub to R. Lawson | LAWSON000073 | LAWSON000074 | | | |
| 1036 | Email from Grubhub to R. Lawson | LAWSON000075 | LAWSON000076 | | | |
| 1037 | Email from Grubhub to R. Lawson | LAWSON000077 | LAWSON000079 | | | |
| 1038 | Email from Grubhub to R. Lawson | LAWSON000081 | LAWSON000083 | | | |
| 1039 | Email from Grubhub to R. Lawson | LAWSON000084 | LAWSON000086 | | | |
| 1040 | Email from Grubhub to R. Lawson | LAWSON000087 | LAWSON000089 | | | |
| 1041 | Email from Grubhub to R. Lawson | LAWSON000098 | LAWSON000100 | | | |
| 1042 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate | | | | | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1043 | Email from Grubhub to R. Lawson | LAWSON000111 | LAWSON000113 | | | |
| 1044 | Email from Grubhub to R. Lawson | LAWSON000116 | LAWSON000118 | | | |
| 1045 | Email from Grubhub to R. Lawson | LAWSON000133 | LAWSON000134 | | | |
| 1046 | Email from R. Lawson to Grubhub | LAWSON000135 | LAWSON000137 | | | |
| 1047 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1048 | Email from Grubhub to R. Lawson | LAWSON000144 | | | | |
| 1049 | Email from Grubhub to R. Lawson | LAWSON000145 | LAWSON000146 | | | |
| 1050 | R. Lawson's Delivery Service Provider Agreement | LAWSON000149 | LAWSON000152 | | | |
| 1051 | Email from Grubhub to | LAWSON000153 | LAWSON000155 | | | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | R. Lawson | | | | | |
| 1052 | Email from Grubhub to R. Lawson | LAWSON000157 | LAWSON000159 | | | |
| 1053 | Email from Grubhub to R. Lawson | LAWSON000162 | LAWSON000164 | | | |
| 1054 | Email from Grubhub to R. Lawson | LAWSON000170 | LAWSON000171 | | | |
| 1055 | Email from Grubhub to R. Lawson | LAWSON000176 | LAWSON000177 | | | |
| 1056 | Email from Grubhub to R. Lawson | LAWSON000179 | LAWSON000181 | | | |
| 1057 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1058 | Email from Grubhub to R. Lawson | LAWSON000185 | LAWSON000187 | | | |
| 1059 | Email from Grubhub to R. Lawson | LAWSON000188 | LAWSON000190 | | | |
| 1060 | Email from Grubhub to R. Lawson | LAWSON000191 | LAWSON000193 | | | |
| 1061 | Email from Grubhub to R. Lawson | LAWSON000194 | LAWSON000196 | | | |
| 1062 | Email from Grubhub to R. Lawson | LAWSON000197 | LAWSON000198 | | | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1063 | Email from Grubhub to R. Lawson | LAWSON000199 | LAWSON000200 | | | |
| 1064 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1065 | Email from Grubhub to R. Lawson | LAWSON000207 | LAWSON000209 | | | |
| 1066 | Email from Grubhub to R. Lawson | LAWSON000211 | LAWSON000213 | | | |
| 1067 | Email from Grubhub to R. Lawson | LAWSON000214 | LAWSON000216 | | | |
| 1068 | Email from Grubhub to R. Lawson | LAWSON000217 | LAWSON000219 | | | |
| 1069 | Email from Grubhub to R. Lawson | LAWSON000226 | LAWSON000228 | | | |
| 1070 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1071 | Email from Grubhub to R. Lawson | LAWSON000231 | LAWSON000232 | | | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1072 | Email from Grubhub to R. Lawson | LAWSON000233 | LAWSON000235 | | | |
| 1073 | Email from Grubhub to R. Lawson | LAWSON000237 | LAWSON000239 | | | |
| 1074 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1075 | Email from Grubhub to R. Lawson | LAWSON000247 | LAWSON000248 | | | |
| 1076 | Email from Grubhub to R. Lawson | LAWSON000251 | LAWSON000252 | | | |
| 1077 | Email from Postmates to R. Lawson | LAWSON000312 | LAWSON000313 | | | |
| 1078 | Email from Postmates to R. Lawson | LAWSON000314 | LAWSON000315 | | | |
| 1079 | Email from Postmates to R. Lawson | LAWSON000316 | | | | |
| 1080 | Email from Postmates to R. Lawson | LAWSON000317 | LAWSON000318 | | | |
| 1081 | Email from Postmates to R. Lawson | LAWSON000319 | | | | |
| 1082 | Email from Postmates to R. Lawson | LAWSON000320 | LAWSON000321 | | | |
| 1083 | Email from Postmates to R. Lawson | LAWSON000322 | LAWSON000323 | | | |

9

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1084 | Email from Postmates to R. Lawson | LAWSON0003 24 | LAWSON000 325 | | | |
| 1085 | Email from Postmates to R. Lawson | LAWSON0003 26 | LAWSON000 327 | | | |
| 1086 | Email from Postmates to R. Lawson | LAWSON0003 28 | LAWSON000 329 | | | |
| 1087 | Email from Postmates to R. Lawson | LAWSON0003 30 | LAWSON000 332 | | | |
| 1088 | Email from Postmates to R. Lawson | LAWSON0003 33 | LAWSON000 335 | | | |
| 1089 | Email from Postmates to R. Lawson | LAWSON0003 36 | LAWSON000 338 | | | |
| 1090 | Email from Postmates to R. Lawson | LAWSON0003 39 | LAWSON000 340 | | | |
| 1091 | Email from Postmates to R. Lawson | LAWSON0003 41 | LAWSON000 342 | | | |
| 1092 | Email from Postmates to R. Lawson | LAWSON0003 43 | LAWSON000 344 | | | |
| 1093 | Email from Postmates to R. Lawson | LAWSON0003 45 | LAWSON000 346 | | | |
| 1094 | Email from Postmates to R. Lawson | LAWSON0003 47 | LAWSON000 348 | | Relevance | |
| 1095 | Email from Postmates to R. Lawson | LAWSON0003 49 | LAWSON000 350 | | Relevance | |
| 1096 | Email from Postmates to R. Lawson | LAWSON0003 51 | LAWSON000 352 | | Relevance | |
| 1097 | Email from Postmates to R. Lawson | LAWSON0003 53 | LAWSON000 354 | | Relevance | |
| 1098 | Email from Caviar to R. | LAWSON0003 67 | LAWSON000 368 | | | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Lawson | | | | | |
| 1099 | Email from Caviar to R. Lawson | LAWSON000369 | LAWSON000370 | | | |
| 1100 | Email from Caviar to R. Lawson | LAWSON000401 | LAWSON000402 | | | |
| 1101 | Email from Caviar to R. Lawson | LAWSON000403 | LAWSON000404 | | | |
| 1102 | Email from Caviar to R. Lawson | LAWSON000405 | LAWSON000406 | | | |
| 1103 | Email from Caviar to R. Lawson | LAWSON000407 | LAWSON000408 | | | |
| 1104 | Email from Caviar to R. Lawson | LAWSON000409 | LAWSON000410 | | | |
| 1105 | Email from Caviar to R. Lawson | LAWSON000411 | LAWSON000412 | | | |
| 1106 | Email from Caviar to R. Lawson | LAWSON000413 | LAWSON000414 | | | |
| 1107 | Email from Caviar to R. Lawson | LAWSON000415 | LAWSON000416 | | | |
| 1108 | Email from Caviar to R. Lawson | LAWSON000417 | LAWSON000418 | | Relevance | |
| 1109 | Email from Caviar to R. Lawson | LAWSON000419 | LAWSON000420 | | Relevance | |
| 1110 | Email from Caviar to R. Lawson | LAWSON000421 | LAWSON000422 | | Relevance | |
| 1111 | R. Lawson's Notice of Claim and Conference re Caviar | LAWSON000426 | LAWSON000427 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1112 | R. Lawson's Notice of Claim and Conference re Postmates | LAWSON000429 | LAWSON000430 | | Relevance; Hearsay | |
| 1113 | R. Lawson's Notice of Claim and Conference re Postmates | LAWSON000431 | LAWSON000432 | | Relevance; Hearsay | |
| 1114 | Letter from Deputy Labor Commissioner to Lawson | LAWSON000434 | | | Relevance; Hearsay | |
| 1115 | Excerpt of Postmates settlement | LAWSON000436 | LAWSON000455 | | Relevance; Hearsay; Inadmissible settlement document | |
| 1116 | Email from Postmates to R. Lawson | LAWSON000456 | LAWSON000457 | | Relevance; Hearsay | |
| 1117 | Email from R. Lawson to Postmates | LAWSON000459 | | | Relevance | |
| 1118 | Email from R. Lawson to Postmates | LAWSON000471 | | | Relevance | |
| 1119 | Correspondence between R. Lawson and Postmates | LAWSON000472 | LAWSON000473 | | Relevance; Hearsay | |
| 1120 | Email from R. Lawson to Postmates | LAWSON000474 | | | Relevance | |
| 1121 | Email from Postmates to R. Lawson | LAWSON000479 | LAWSON000481 | | Relevance; Hearsay | |
| 1122 | Email from Postmates to R. Lawson | LAWSON000483 | LAWSON000484 | | Relevance; Hearsay | |

12

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1123 | Corresponde nce between R. Lawson and Postmates | LAWSON0004 85 | LAWSON000 487 | | Relevance; Hearsay | |
| 1124 | Corresponde nce between R. Lawson and Postmates | LAWSON0004 88 | LAWSON000 489 | | Relevance | |
| 1125 | Corresponde nce between R. Lawson and Postmates | LAWSON0004 90 | LAWSON000 491 | | Relevance | |
| 1126 | Email from R. Lawson to Postmates | LAWSON0004 95 | | | Relevance | |
| 1127 | Email from R. Lawson to Postmates | LAWSON0004 96 | | | Relevance | |
| 1128 | Corresponde nce between R. Lawson and Postmates | LAWSON0004 97 | LAWSON000 499 | | Relevance; Hearsay | |
| 1129 | Email from R. Lawson to Postmates | LAWSON0005 00 | | | Relevance | |
| 1130 | Corresponde nce between R. Lawson and Postmates | LAWSON0005 01 | LAWSON000 503 | | Relevance; Hearsay | |
| 1131 | Email from R. Lawson to Postmates | LAWSON0005 04 | | | Relevance | |
| 1132 | Corresponde nce between R. Lawson and Postmates | LAWSON0005 08 | LAWSON000 509 | | Relevance; Hearsay | |
| 1133 | Corresponde nce between R. Lawson | LAWSON0005 10 | LAWSON000 512 | | Relevance; Hearsay | |

13

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1134 | Email from R. Lawson to Postmates | LAWSON000515 | | | Relevance | |
| 1135 | Email from R. Lawson to Postmates | LAWSON000516 | LAWSON000516 | | Relevance | |
| 1136 | Correspondence between R. Lawson and Postmates | LAWSON000517 | LAWSON000518 | | Relevance; Hearsay | |
| 1137 | Correspondence between R. Lawson and Postmates | LAWSON000519 | LAWSON000520 | | Relevance; Hearsay | |
| 1138 | Email from R. Lawson to Postmates | LAWSON000521 | | | Relevance | |
| 1139 | Correspondence between R. Lawson and Postmates | LAWSON000522 | LAWSON000524 | | Relevance; Hearsay | |
| 1140 | Correspondence between R. Lawson and Postmates | LAWSON000525 | LAWSON000526 | | Relevance; Hearsay | |
| 1141 | Correspondence between R. Lawson and Postmates | LAWSON000527 | LAWSON000528 | | Relevance; Hearsay | |
| 1142 | Correspondence between R. Lawson and Postmates | LAWSON000529 | LAWSON000530 | | Relevance; Hearsay | |
| 1143 | Correspondence between R. Lawson | LAWSON000531 | LAWSON000533 | | Relevance, Hearsay | |

14

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1144 | Email from Postmates to R. Lawson | LAWSON000534 | LAWSON000536 | | Relevance; Hearsay | |
| 1145 | Correspondence between R. Lawson and Postmates | LAWSON000537 | LAWSON000538 | | Relevance; Hearsay | |
| 1146 | Email from R. Lawson to Postmates | LAWSON000539 | | | Relevance | |
| 1147 | Email from R. Lawson to Postmates | LAWSON000540 | | | Relevance | |
| 1148 | Email from R. Lawson to Postmates | LAWSON000541 | LAWSON000542 | | Relevance | |
| 1149 | Email from R. Lawson to Postmates | LAWSON000543 | | | Relevance | |
| 1150 | Email from Postmates to R. Lawson | LAWSON000544 | | | Relevance; Hearsay | |
| 1151 | Correspondence between R. Lawson and Postmates | LAWSON000545 | LAWSON000546 | | Relevance; Hearsay | |
| 1152 | Correspondence between R. Lawson and Postmates | LAWSON000547 | LAWSON000548 | | Relevance; Hearsay | |
| 1153 | Email from R. Lawson to Postmates | LAWSON000549 | | | Relevance | |
| 1154 | Email from R. Lawson to Postmates | LAWSON000550 | | | Relevance | |
| 1155 | Correspondence between R. Lawson | LAWSON000551 | LAWSON000552 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1156 | Email from R. Lawson to Postmates | LAWSON000553 | | | Relevance | |
| 1157 | Correspondence between R. Lawson and Postmates | LAWSON000554 | LAWSON000555 | | Relevance; Hearsay | |
| 1158 | Correspondence between R. Lawson and Postmates | LAWSON000560 | LAWSON000561 | | Relevance; Hearsay | |
| 1159 | Email from Postmates to R. Lawson | LAWSON000562 | | | Relevance; Hearsay | |
| 1160 | Email from R. Lawson to Postmates | LAWSON000563 | | | Relevance | |
| 1161 | Email from R. Lawson to Postmates | LAWSON000564 | | | Relevance | |
| 1162 | Email from R. Lawson to Postmates | LAWSON000565 | | | Relevance | |
| 1163 | Correspondence between R. Lawson and Postmates | LAWSON000566 | LAWSON000567 | | Relevance; Hearsay | |
| 1164 | Correspondence between R. Lawson and Postmates | LAWSON000568 | LAWSON000569 | | Relevance; Hearsay | |
| 1165 | Correspondence between R. Lawson and Postmates | LAWSON000570 | LAWSON000572 | | Relevance; Hearsay | |
| 1166 | Correspondence between | LAWSON000573 | LAWSON000574 | | Relevance; Hearsay; | |

16

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | R. Lawson and Postmates | | | | GrubHub should redact sensitive personal information | |
| 1167 | Correspondence between R. Lawson and Postmates | LAWSON000575 | LAWSON000576 | | Relevance; Hearsay | |
| 1168 | Correspondence between R. Lawson and Postmates | LAWSON000577 | LAWSON000578 | | Relevance; Hearsay | |
| 1169 | Correspondence between R. Lawson and Postmates | LAWSON000579 | LAWSON000580 | | Relevance; Hearsay | |
| 1170 | Email from Postmates to R. Lawson | LAWSON000581 | | | Relevance; Hearsay | |
| 1171 | Email from R. Lawson to Postmates | LAWSON000582 | | | Relevance | |
| 1172 | Email from R. Lawson to Postmates | LAWSON000583 | | | Relevance | |
| 1173 | Email from R. Lawson to Postmates | LAWSON000584 | | | Relevance | |
| 1174 | Email from R. Lawson to Postmates | LAWSON000585 | | | Relevance | |
| 1175 | Email from R. Lawson to Postmates | LAWSON000591 | | | Relevance | |
| 1176 | Correspondence between R. Lawson and Postmates | LAWSON000592 | LAWSON000593 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1177 | Correspondence between R. Lawson and Postmates | LAWSON000594 | LAWSON000595 | | Relevance; Hearsay | |
| 1178 | Correspondence between R. Lawson and Postmates | LAWSON000596 | LAWSON000597 | | Relevance; Hearsay | |
| 1179 | Correspondence between R. Lawson and Postmates | LAWSON000598 | LAWSON000599 | | Relevance; Hearsay | |
| 1180 | Correspondence between R. Lawson and Postmates | LAWSON000600 | LAWSON000601 | | Relevance; Hearsay | |
| 1181 | Correspondence between R. Lawson and Postmates | LAWSON000602 | LAWSON000603 | | Relevance; Hearsay | |
| 1182 | Correspondence between R. Lawson and Postmates | LAWSON000604 | LAWSON000605 | | Relevance; Hearsay | |
| 1183 | Email from R. Lawson to Postmates | LAWSON000606 | | | Relevance | |
| 1184 | Email from R. Lawson to Postmates | LAWSON000607 | | | Relevance | |
| 1185 | Email from R. Lawson to Postmates | LAWSON000608 | | | Relevance | |
| 1186 | Email from R. Lawson to Postmates | LAWSON000609 | | | Relevance | |
| 1187 | Email from R. Lawson to Postmates | LAWSON000610 | | | Relevance | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1188 | Email from R. Lawson to Postmates | LAWSON000611 | | | Relevance | |
| 1189 | Email from R. Lawson to Postmates | LAWSON000612 | | | Relevance | |
| 1190 | Email from R. Lawson to Postmates | LAWSON000613 | | | Relevance | |
| 1191 | Email from Postmates to R. Lawson | LAWSON000614 | LAWSON000615 | | Relevance | |
| 1192 | Correspondence between Postmates and R. Lawson | LAWSON000616 | LAWSON000618 | | Relevance; Hearsay | |
| 1193 | Correspondence between Postmates and R. Lawson | LAWSON000621 | LAWSON000623 | | Relevance; Hearsay | |
| 1194 | Correspondence between Postmates and R. Lawson | LAWSON000624 | LAWSON000626 | | Relevance; Hearsay | |
| 1195 | Correspondence between Postmates and R. Lawson | LAWSON000627 | LAWSON000628 | | Relevance; Hearsay | |
| 1196 | Email from R. Lawson to Postmates | LAWSON000629 | | | Relevance | |
| 1197 | Correspondence between Postmates and R. Lawson | LAWSON000632 | LAWSON000633 | | Relevance | |
| 1198 | Correspondence between Postmates and R. Lawson | LAWSON000636 | LAWSON000637 | | Relevance; Hearsay | |

19

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1199 | Correspondence between Postmates and R. Lawson | LAWSON000638 | LAWSON000639 | | Relevance; Hearsay | |
| 1200 | Correspondence between Postmates and R. Lawson | LAWSON000640 | LAWSON000641 | | Relevance; Hearsay | |
| 1201 | Email from Postmates to R. Lawson | LAWSON000642 | LAWSON000643 | | Relevance; Hearsay | |
| 1202 | Email from Postmates to R. Lawson | LAWSON000644 | LAWSON000645 | | Relevance; Hearsay | |
| 1203 | Email from Postmates to R. Lawson | LAWSON000646 | LAWSON000647 | | Relevance; Hearsay | |
| 1204 | Email from Postmates to R. Lawson | LAWSON000648 | LAWSON000649 | | Relevance; Hearsay | |
| 1205 | Email from Postmates to R. Lawson | LAWSON000650 | | | Relevance; Hearsay | |
| 1206 | Email from Postmates to R. Lawson | LAWSON000651 | LAWSON000652 | | Relevance; Hearsay | |
| 1207 | Email from Postmates to R. Lawson | LAWSON000653 | LAWSON000654 | | Relevance; Hearsay | |
| 1208 | Email from Postmates to R. Lawson | LAWSON000655 | LAWSON000656 | | Relevance; Hearsay | |
| 1209 | Email from Postmates to R. Lawson | LAWSON000657 | LAWSON000658 | | Relevance; Hearsay | |
| 1210 | Email from Postmates to R. Lawson | LAWSON000659 | LAWSON000660 | | Relevance; Hearsay | |
| 1211 | Correspondence between R. Lawson and | LAWSON000661 | LAWSON000662 | | Relevance; Hearsay | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
Case No. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Postmates | | | | | |
| 1212 | Correspondence between R. Lawson and Postmates | LAWSON000663 | LAWSON000664 | | Relevance; Hearsay | |
| 1213 | Email from R. Lawson to Postmates | LAWSON000665 | | | Relevance | |
| 1214 | Email from R. Lawson to Postmates | LAWSON000666 | | | Relevance | |
| 1215 | Email from R. Lawson to Postmates | LAWSON000667 | | | Relevance | |
| 1216 | Email from R. Lawson to Postmates | LAWSON000668 | | | Relevance | |
| 1217 | Email from R. Lawson to Postmates | LAWSON000669 | | | Relevance | |
| 1218 | Email from R. Lawson to Postmates | LAWSON000670 | | | Relevance | |
| 1219 | Email from R. Lawson to Postmates | LAWSON000671 | | | Relevance | |
| 1220 | Email from R. Lawson to Postmates | LAWSON000672 | | | Relevance | |
| 1221 | Email from R. Lawson to Postmates | LAWSON000673 | | | Relevance | |
| 1222 | Email from R. Lawson to Postmates | LAWSON000674 | | | Relevance | |
| 1223 | Email from R. Lawson to Postmates | LAWSON000675 | | | Relevance | |
| 1224 | Email from R. Lawson to Postmates | LAWSON000676 | | | Relevance | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1225 | Email from R. Lawson to Postmates | LAWSON000677 | | | Relevance | |
| 1226 | Email from R. Lawson to Postmates | LAWSON000678 | | | Relevance | |
| 1227 | Email from R. Lawson to Postmates | LAWSON000679 | | | Relevance | |
| 1228 | Correspondence between R. Lawson and Postmates | LAWSON000684 | LAWSON000685 | | Relevance; Hearsay | |
| 1229 | Email from R. Lawson to Postmates | LAWSON000686 | | | Relevance | |
| 1230 | Correspondence between R. Lawson and Postmates | LAWSON000687 | LAWSON000689 | | Relevance; Hearsay | |
| 1231 | Email from R. Lawson to Postmates | LAWSON000690 | LAWSON000691 | | Relevance | |
| 1232 | Correspondence between R. Lawson and Postmates | LAWSON000692 | LAWSON000694 | | Relevance; Hearsay | |
| 1233 | Email from R. Lawson to Postmates | LAWSON000695 | LAWSON000696 | | Relevance | |
| 1234 | Email from JOLT Delivery to R. Lawson | LAWSON000699 | LAWSON000700 | | Relevance; Hearsay | |
| 1235 | Correspondence between R. Lawson and Postmates | LAWSON000708 | LAWSON000710 | | Relevance; Hearsay | |
| 1236 | Correspondence between R. Lawson | LAWSON000711 | LAWSON000712 | | Relevance; Hearsay | |

22

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1237 | Correspondence between R. Lawson and Postmates | LAWSON000713 | LAWSON000714 | | Relevance; Hearsay | |
| 1238 | Email from R. Lawson to Caviar | LAWSON000715 | LAWSON000716 | | Relevance; Hearsay | |
| 1239 | Email from R. Lawson to Caviar | LAWSON000717 | LAWSON000718 | | Relevance | |
| 1240 | Email from R. Lawson to Caviar | LAWSON000719 | LAWSON000720 | | Relevance | |
| 1241 | Email from R. Lawson to Caviar | LAWSON000721 | | | Relevance | |
| 1242 | Email from R. Lawson to Caviar | LAWSON000722 | | | Relevance | |
| 1243 | Correspondence between R. Lawson and Caviar | LAWSON000723 | LAWSON000724 | | Relevance | |
| 1244 | Receipt from R. Lawson | LAWSON000726 | | | Relevance | |
| 1245 | R. Lawson's resume | LAWSON000728 | | | | |
| 1246 | Screenshot from R. Lawson | LAWSON000730 | | | Relevance; Hearsay | |
| 1247 | Screenshot from R. Lawson | LAWSON000731 | LAWSON000732 | | Relevance; Hearsay | |
| 1248 | Screenshot from R. Lawson | LAWSON000733 | | | Relevance; Hearsay | |
| 1249 | Screenshot from R. Lawson | LAWSON000734 | LAWSON000735 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1250 | Screenshot from R. Lawson | LAWSON000736 | LAWSON000737 | | Relevance; Hearsay | |
| 1251 | Screenshot from R. Lawson | LAWSON000738 | LAWSON000739 | | Relevance; Hearsay | |
| 1252 | Screenshot from R. Lawson | LAWSON000740 | LAWSON000741 | | Relevance; Hearsay | |
| 1253 | Screenshot from R. Lawson | LAWSON000742 | LAWSON000743 | | Relevance; Hearsay | |
| 1254 | Screenshot from R. Lawson | LAWSON000746 | LAWSON000747 | | Relevance; Hearsay | |
| 1255 | Screenshot from R. Lawson | LAWSON000748 | LAWSON000749 | | Relevance; Hearsay | |
| 1256 | Screenshot from R. Lawson | LAWSON000750 | LAWSON000751 | | Relevance; Hearsay | |
| 1257 | Screenshot from R. Lawson | LAWSON000752 | LAWSON000753 | | Relevance; Hearsay | |
| 1258 | Screenshot from R. Lawson | LAWSON000754 | LAWSON000756 | | Relevance; Hearsay | |
| 1259 | Screenshot from R. Lawson | LAWSON000757 | LAWSON000758 | | Relevance; Hearsay | |
| 1260 | Screenshot from R. Lawson | LAWSON000759 | | | Relevance; Hearsay | |
| 1261 | Screenshot from R. Lawson | LAWSON000760 | | | Relevance; Hearsay | |
| 1262 | Screenshot from R. Lawson | LAWSON000761 | | | Relevance; Hearsay | |
| 1263 | Screenshot from R. Lawson | LAWSON000762 | | | Relevance; Hearsay | |
| 1264 | Screenshot from R. | LAWSON000763 | | | Relevance; Hearsay | |

24

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Lawson | | | | | |
| 1265 | Screenshot from R. Lawson | LAWSON000764 | | | Relevance; Hearsay | |
| 1266 | Screenshot from R. Lawson | LAWSON000765 | | | Relevance; Hearsay | |
| 1267 | Screenshot from R. Lawson | LAWSON000766 | | | Relevance; Hearsay | |
| 1268 | Screenshot from R. Lawson | LAWSON000767 | | | Relevance; Hearsay | |
| 1269 | Screenshot from R. Lawson | LAWSON000768 | | | Relevance; Hearsay | |
| 1270 | Screenshot from R. Lawson | LAWSON000769 | | | Relevance; Hearsay | |
| 1271 | Screenshot from R. Lawson | LAWSON000770 | | | Relevance; Hearsay | |
| 1272 | Screenshot from R. Lawson | LAWSON000771 | | | Relevance; Hearsay | |
| 1273 | Screenshot from R. Lawson | LAWSON000772 | | | Relevance; Hearsay | |
| 1274 | Screenshot from R. Lawson | LAWSON000773 | | | Relevance; Hearsay | |
| 1275 | Screenshot from R. Lawson | LAWSON000774 | | | | |
| 1276 | Screenshot from R. Lawson | LAWSON000775 | | | | |
| 1277 | Screenshot from R. Lawson | LAWSON000776 | | | | |
| 1278 | Screenshot from R. Lawson | LAWSON000777 | | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1279 | Screenshot from R. Lawson | LAWSON000778 | | | Relevance; Hearsay | |
| 1280 | Screenshot from R. Lawson | LAWSON000779 | | | Relevance; Hearsay | |
| 1281 | Screenshot from R. Lawson | LAWSON000780 | | | Relevance; Hearsay | |
| 1282 | Screenshot from R. Lawson | LAWSON000781 | | | Relevance; Hearsay | |
| 1283 | Screenshot from R. Lawson | LAWSON000782 | | | Relevance; Hearsay | |
| 1284 | Screenshot from R. Lawson | LAWSON000783 | | | Relevance; Hearsay | |
| 1285 | Screenshot from R. Lawson | LAWSON000784 | | | Relevance; Hearsay | |
| 1286 | Screenshot from R. Lawson | LAWSON000785 | | | Relevance; Hearsay | |
| 1287 | Screenshot from R. Lawson | LAWSON000786 | | | Relevance; Hearsay | |
| 1288 | Screenshot from R. Lawson | LAWSON000787 | | | Relevance; Hearsay | |
| 1289 | Screenshot from R. Lawson | LAWSON000788 | | | Relevance; Hearsay | |
| 1290 | Screenshot from R. Lawson | LAWSON000789 | | | Relevance; Hearsay | |
| 1291 | Screenshot from R. Lawson | LAWSON000791 | | | Relevance; Hearsay | |
| 1292 | Screenshot from R. Lawson | LAWSON000792 | | | Relevance; Hearsay | |
| 1293 | Screenshot from R. | LAWSON000793 | | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Lawson | | | | | |
| 1294 | Screenshot from R. Lawson | LAWSON000794 | | | Relevance; Hearsay | |
| 1295 | Screenshot from R. Lawson | LAWSON000795 | | | Relevance; Hearsay | |
| 1296 | Screenshot from R. Lawson | LAWSON000796 | | | Relevance; Hearsay | |
| 1297 | Screenshot from R. Lawson | LAWSON000797 | | | Relevance; Hearsay | |
| 1298 | Correspondence between DoorDash and R. Lawson | LAWSON000810 | LAWSON000812 | | Relevance; Hearsay | |
| 1299 | Correspondence between DoorDash and R. Lawson | LAWSON000817 | LAWSON000818 | | Relevance; Hearsay | |
| 1300 | Email from Postmates to R. Lawson | LAWSON000829 | LAWSON000830 | | Relevance | |
| 1301 | Email from R. Lawson to Postmates | LAWSON000831 | | | Relevance | |
| 1302 | Email from R. Lawson to R. Lawson attaching screenshot | LAWSON000832 | LAWSON000832 | LAWSON001741 | Relevance | |
| 1303 | Email from R. Lawson to Postmates | LAWSON000833 | | | Relevance | |
| 1304 | Email from Postmates to R. Lawson | LAWSON000834 | LAWSON000835 | | Relevance; Hearsay | |
| 1305 | Email from Postmates to R. Lawson | LAWSON000836 | LAWSON000836 | | Relevance | |

27

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1306 | Correspondence between R. Lawson and Postmates | LAWSON000837 | LAWSON000838 | | Relevance; Hearsay | |
| 1307 | Correspondence between R. Lawson and Postmates | LAWSON000839 | LAWSON000840 | | Relevance; Hearsay | |
| 1308 | Email from Postmates to R. Lawson | LAWSON000841 | LAWSON000842 | | Relevance | |
| 1309 | Email from R. Lawson to Postmates | LAWSON000843 | LAWSON000844 | LAWSON001742 | Relevance; Hearsay | |
| 1310 | Email from Postmates to R. Lawson | LAWSON000845 | LAWSON000845 | | Relevance; Hearsay | |
| 1311 | Email from R. Lawson to Postmates | LAWSON000846 | LAWSON000846 | | Relevance | |
| 1312 | Email from R. Lawson to Postmates | LAWSON000847 | LAWSON000847 | | Relevance | |
| 1313 | Email from Postmates to R. Lawson | LAWSON000878 | LAWSON000879 | | Relevance | |
| 1314 | Email from Caviar to R. Lawson | LAWSON000881 | LAWSON000882 | LAWSON001749-53; LAWSON001754-62 | Relevance; Hearsay | |
| 1315 | Correspondence between R. Lawson and Postmates | LAWSON000888 | LAWSON000889 | | Relevance; Hearsay | |
| 1316 | Email from Postmates to R. Lawson | LAWSON000891 | LAWSON000892 | | Relevance | |
| 1317 | Email from Postmates to R. Lawson | LAWSON000897 | LAWSON000898 | | Relevance | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1318 | Email from Postmates to R. Lawson | LAWSON000906 | LAWSON000907 | | Relevance | |
| 1319 | Email from Caviar to R. Lawson | LAWSON000908 | LAWSON000908 | | Relevance | |
| 1320 | Email from Postmates to R. Lawson | LAWSON000909 | LAWSON000910 | | Relevance | |
| 1321 | Email from Postmates to R. Lawson | LAWSON000911 | LAWSON000912 | | Relevance | |
| 1322 | Email from Caviar to R. Lawson | LAWSON000914 | LAWSON000915 | | Relevance | |
| 1323 | Email from Caviar to R. Lawson | LAWSON000921 | LAWSON000922 | | Relevance | |
| 1324 | Email from Caviar to R. Lawson | LAWSON000924 | LAWSON000925 | | | |
| 1325 | Email from Caviar to R. Lawson | LAWSON000934 | LAWSON000935 | | | |
| 1326 | Correspondence between R. Lawson and Postmates | LAWSON000936 | LAWSON000937 | | Relevance; Hearsay | |
| 1327 | Email from Postmates to R. Lawson | LAWSON000938 | LAWSON000939 | | | |
| 1328 | Email from Caviar to R. Lawson | LAWSON000942 | LAWSON000942 | | | |
| 1329 | Email from Postmates to R. Lawson | LAWSON000943 | LAWSON000944 | | | |
| 1330 | Correspondence between R. Lawson and Postmates | LAWSON000945 | LAWSON000946 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1331 | Email from R. Lawson to Postmates | LAWSON000947 | | LAWSON001767 | Relevance | |
| 1332 | Email from R. Lawson to Postmates | LAWSON000952 | | LAWSON001768 | Relevance | |
| 1333 | Email from R. Lawson to Postmates | LAWSON000953 | | LAWSON001769 | Relevance | |
| 1334 | Email from R. Lawson to Postmates | LAWSON000954 | | LAWSON001770 | Relevance | |
| 1335 | Email from R. Lawson to Postmates | LAWSON000955 | | LAWSON001771 | Relevance | |
| 1336 | Email from R. Lawson to Postmates | LAWSON000956 | | LAWSON001772 | Relevance | |
| 1337 | Email from R. Lawson to Postmates | LAWSON000957 | | LAWSON001773 | Relevance | |
| 1338 | Email from R. Lawson to Postmates | LAWSON000958 | | LAWSON001774 | Relevance | |
| 1339 | Email from R. Lawson to Postmates | LAWSON000959 | | LAWSON001775 | Relevance | |
| 1340 | Email from R. Lawson to Postmates | LAWSON000960 | | LAWSON001776 | Relevance | |
| 1341 | Email from R. Lawson to Postmates | LAWSON000961 | | LAWSON001777 | Relevance | |
| 1342 | Email from R. Lawson to Postmates | LAWSON000962 | | LAWSON001778 | Relevance | |
| 1343 | Email from R. Lawson to Postmates | LAWSON000963 | | LAWSON001779 | Relevance | |
| 1344 | Email from R. Lawson to Postmates | LAWSON000964 | | LAWSON001780 | Relevance | |
| 1345 | Email from R. Lawson to | LAWSON000965 | | LAWSON001781 | Relevance | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Postmates | | | | | |
| 1346 | Email from R. Lawson to Postmates | LAWSON000966 | | LAWSON001782 | Relevance | |
| 1347 | Corresponde nce between R. Lawson and Postmates | LAWSON000968 | | | Relevance; Hearsay | |
| 1348 | Email from Postmates to R. Lawson | LAWSON000969 | | | Relevance; Hearsay | |
| 1349 | Email from Postmates to R. Lawson | LAWSON000970 | | | Relevance; Hearsay | |
| 1350 | Email from Postmates to R. Lawson | LAWSON000971 | | | Relevance; Hearsay | |
| 1351 | Email from Postmates to R. Lawson | LAWSON000973 | | | Relevance; Hearsay | |
| 1352 | Email from Postmates to R. Lawson | LAWSON000974 | | | Relevance; Hearsay | |
| 1353 | Email from Postmates to R. Lawson | LAWSON000975 | | | Relevance; Hearsay | |
| 1354 | Email from Postmates to R. Lawson | LAWSON000976 | | | Relevance; Hearsay | |
| 1355 | Email from Postmates to R. Lawson | LAWSON000977 | | | Relevance; Hearsay | |
| 1356 | Email from Postmates to R. Lawson | LAWSON000978 | | | Relevance; Hearsay | |
| 1357 | Corresponde nce between R. Lawson and Postmates | LAWSON000979 | | | Relevance; Hearsay | |
| 1358 | Corresponde nce between | LAWSON000980 | | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | R. Lawson and Postmates | | | | | |
| 1359 | Email from R. Lawson to Caviar | LAWSON000988 | | | Relevance | |
| 1360 | Email from Caviar to R. Lawson | LAWSON000989 | LAWSON000990 | | | |
| 1361 | Email from Postmates to R. Lawson | LAWSON000991 | LAWSON000992 | | | |
| 1362 | Email from Postmates to R. Lawson | LAWSON000993 | LAWSON000994 | | | |
| 1363 | Email from Postmates to R. Lawson | LAWSON000995 | LAWSON000996 | | | |
| 1364 | Correspondence between R. Lawson and Postmates | LAWSON001005 | LAWSON001006 | | Relevance; Hearsay | |
| 1365 | Email from R. Lawson to Postmates | LAWSON001008 | | LAWSON001643 | Relevance | |
| 1366 | Email from R. Lawson to Postmates | LAWSON001009 | | LAWSON001644 | Relevance | |
| 1367 | Email from R. Lawson to Postmates | LAWSON001010 | | LAWSON001645 | Relevance | |
| 1368 | Email from R. Lawson to Postmates | LAWSON001013 | | LAWSON001648 | Relevance | |
| 1369 | Email from R. Lawson to Postmates | LAWSON001014 | | LAWSON001649 | Relevance | |
| 1370 | Email from R. Lawson to Postmates | LAWSON001015 | | LAWSON001651 | Relevance | |
| 1371 | Correspondence between R. Lawson | LAWSON001016 | | | Relevance; Hearsay | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1372 | Correspondence between R. Lawson and Postmates | LAWSON001017 | | | Relevance; Hearsay | |
| 1373 | Correspondence between R. Lawson and Postmates | LAWSON001018 | | | Relevance; Hearsay | |
| 1374 | Correspondence between R. Lawson and Postmates | LAWSON001019 | | | Relevance; Hearsay | |
| 1375 | Correspondence between R. Lawson and Postmates | LAWSON001020 | | | Relevance; Hearsay | |
| 1376 | Correspondence between R. Lawson and Postmates | LAWSON001021 | | | Relevance; Hearsay | |
| 1377 | Correspondence between R. Lawson and Postmates | LAWSON001022 | | LAWSON001650 | Relevance | |
| 1378 | Email from R. Lawson to Postmates | LAWSON001026 | | LAWSON001653 | Relevance | |
| 1379 | Email from R. Lawson to Postmates | LAWSON001028 | | LAWSON001655 | Relevance | |
| 1380 | Email from R. Lawson to Postmates | LAWSON001029 | | LAWSON001656 | Relevance | |
| 1381 | Correspondence between R. Lawson | LAWSON001030 | | | Relevance; Hearsay | |

33

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1382 | Correspondence between R. Lawson and Postmates | LAWSON001031 | | | Relevance; Hearsay | |
| 1383 | Correspondence between R. Lawson and Postmates | LAWSON001032 | | | Relevance; Hearsay | |
| 1384 | Correspondence between R. Lawson and Postmates | LAWSON001033 | | | Relevance; Hearsay | |
| 1385 | Correspondence between R. Lawson and Postmates | LAWSON001040 | LAWSON001041 | | Relevance; Hearsay | |
| 1386 | Correspondence between R. Lawson and Postmates | LAWSON001042 | | | Relevance | |
| 1387 | Email from Caviar to R. Lawson | LAWSON001043 | LAWSON001044 | | | |
| 1388 | Correspondence between R. Lawson and Postmates | LAWSON001051 | LAWSON001052 | | Relevance; Hearsay | |
| 1389 | Email from Postmates to R. Lawson | LAWSON001061 | LAWSON001062 | | | |
| 1390 | Email from R. Lawson to Postmates | LAWSON001063 | | LAWSON001660 | Relevance | |
| 1391 | Correspondence between R. Lawson | LAWSON001064 | | | Relevance; Hearsay | |

34

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | and Postmates | | | | | |
| 1392 | Email from R. Lawson to Postmates | LAWSON001065 | | LAWSON001661 | Relevance | |
| 1393 | Email from Caviar to R. Lawson | LAWSON001066 | LAWSON001067 | | | |
| 1394 | Email from Postmates to R. Lawson | LAWSON001073 | | | Relevance; Hearsay | |
| 1395 | Email from Postmates to R. Lawson | LAWSON001076 | LAWSON001077 | | Relevance | |
| 1396 | Email from R. Lawson to Postmates | LAWSON001079 | | LAWSON001662 | Relevance | |
| 1397 | Email from R. Lawson to Postmates | LAWSON001080 | | LAWSON001665 | Relevance | |
| 1398 | Email from R. Lawson to Postmates | LAWSON001081 | | LAWSON001666 | Relevance | |
| 1399 | Correspondence between R. Lawson and Postmates | LAWSON001082 | | | Relevance; Hearsay | |
| 1400 | Email from R. Lawson to Postmates | LAWSON001084 | | LAWSON001669 | Relevance | |
| 1401 | Correspondence between R. Lawson and Postmates | LAWSON001088 | | | Relevance; Hearsay | |
| 1402 | Email from R. Lawson to Postmates | LAWSON001090 | | LAWSON001672 | Relevance | |
| 1403 | Correspondence between R. Lawson and Postmates | LAWSON001091 | | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1404 | Correspondence between R. Lawson and Postmates | LAWSON001094 | LAWSON001095 | | Relevance; Hearsay | |
| 1405 | Correspondence between R. Lawson and Postmates | LAWSON001096 | | | Relevance; Hearsay | |
| 1406 | Email from Postmates to R. Lawson | LAWSON001097 | LAWSON001098 | | | |
| 1407 | Correspondence between R. Lawson and Postmates | LAWSON001099 | LAWSON001099 | | Relevance; Hearsay | |
| 1408 | Email from Caviar to R. Lawson | LAWSON001101 | LAWSON001102 | | | |
| 1409 | Email from R. Lawson to Postmates | LAWSON001111 | | LAWSON001678 | Relevance | |
| 1410 | Email from Postmates to R. Lawson | LAWSON001114 | LAWSON001115 | | | |
| 1411 | Email from Postmates to R. Lawson | LAWSON001122 | | | | |
| 1412 | Correspondence between R. Lawson and Postmates | LAWSON001123 | | | Relevance | |
| 1413 | Email from Postmates to R. Lawson | LAWSON001124 | | | Relevance | |
| 1414 | Email from Caviar to R. Lawson | LAWSON001125 | LAWSON001126 | | | |
| 1415 | Email from Caviar to R. Lawson | LAWSON001137 | LAWSON001138 | | | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1416 | Email from Postmates to R. Lawson | LAWSON001139 | LAWSON001140 | | | |
| 1417 | Correspondence between R. Lawson and Postmates | LAWSON001141 | | | Relevance; Hearsay | |
| 1418 | Email from R. Lawson to Postmates | LAWSON001142 | | LAWSON001680 | Relevance | |
| 1419 | Email from Postmates to R. Lawson | LAWSON001143 | | | | |
| 1420 | Email from R. Lawson to Postmates | LAWSON001146 | | LAWSON001681 | Relevance | |
| 1421 | Email from R. Lawson to Postmates | LAWSON001149 | | LAWSON001682 | Relevance | |
| 1422 | Correspondence between R. Lawson and Postmates | LAWSON001150 | | | Relevance; Hearsay | |
| 1423 | Email from Jolt Delivery to R. Lawson | LAWSON001152 | | | Relevance; Hearsay | |
| 1424 | Email from R. Lawson to Postmates | LAWSON001154 | | LAWSON001683 | Relevance | |
| 1425 | Email from Postmates to R. Lawson | LAWSON001165 | LAWSON001166 | | | |
| 1426 | Correspondence between R. Lawson and Postmates | LAWSON001167 | LAWSON001167 | | Relevance; Hearsay | |
| 1427 | Correspondence between R. Lawson and Postmates | LAWSON001168 | | | Relevance; Hearsay | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1428 | Correspondence between R. Lawson and Postmates | LAWSON001181 | | | Relevance; Hearsay | |
| 1429 | Email from Postmates to R. Lawson | LAWSON001206 | LAWSON001207 | | | |
| 1430 | Email from Postmates to R. Lawson | LAWSON001242 | | | Relevance; Hearsay | |
| 1431 | Correspondence between R. Lawson and Postmates | LAWSON001253 | LAWSON001255 | | Relevance; Hearsay | |
| 1432 | Email from R. Lawson to Jolt Delivery | LAWSON001278 | | | Relevance | |
| 1433 | Email from Task Rabbit to R. Lawson | LAWSON001291 | LAWSON001292 | | Relevance; Hearsay | |
| 1434 | Email from Jolt Delivery to R. Lawson | LAWSON001298 | LAWSON001299 | | Relevance; Hearsay | |
| 1435 | Email from R. Lawson to Caviar | LAWSON001302 | | | Relevance | |
| 1436 | Email from Jolt Delivery to R. Lawson | LAWSON001303 | LAWSON001304 | | Relevance; Hearsay | |
| 1437 | Chat transcript between R. Lawson and Task Rabbit | LAWSON001308 | LAWSON001309 | | Relevance; Hearsay | |
| 1438 | Chat transcript between R. Lawson and Task Rabbit | LAWSON001328 | LAWSON001330 | | Relevance; Hearsay | |
| 1439 | Correspondence between R. Lawson and Jolt | LAWSON001369 | LAWSON001369 | | Relevance; Hearsay | |

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | Delivery | | | | | |
| 1440 | Email from Task Rabbit to R. Lawson | LAWSON001382 | LAWSON001383 | | Relevance; Hearsay | |
| 1441 | R. Lawson's 2016 Tax Deductions (Business Related Expenses) | LAWSON001504 | LAWSON001504 | | Relevance | |
| 1442 | Email from Grubhub to R. Lawson | LAWSON001506 | LAWSON001507 | | Relevance | |
| 1443 | R. Lawson's Delivery Partner Agreement | LAWSON001508 | LAWSON001521 | | Relevance | |
| 1444 | R. Lawson's W-9 | LAWSON001522 | LAWSON001525 | | Relevance | |
| 1445 | R. Lawson's Caviar Courier Terms and Conditions | LAWSON001596 | LAWSON001603 | | Relevance; Hearsay | |
| 1446 | R. Lawson's Caviar Courier Terms and Conditions Audit Trail | LAWSON001604 | LAWSON001604 | | Relevance; Hearsay | |
| 1447 | R. Lawson's Jolt Delivery Independent Contractor Agreement | LAWSON001605 | LAWSON001625 | | Relevance; Hearsay | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| 1448 | This exhibit has been removed as a duplicate in accordance with the Court's instruction to "eliminate duplicate exhibits." Dkt. 145 at 4. | | | | | |
| 1449 | Email from M. Nguyen to Grubhub | NGUYEN000092 | | | | |
| 1450 | R. Lawson's Independent Contractor Agreement with Postmates | PM0001 | | | | |
| 1451 | R. Lawson's Postmates W-9 | PM0002 | | | GrubHub should redact Plaintiff's personal identifying information | |
| 1452 | Data re R. Lawson's Postmates Actions | PM0079 | PM085 | | | |
| 1453 | Data re R. Lawson's Postmates Completed Dropoffs | PM0086 | PM0091 | | Relevance to the extent that they pertain to time period outside of when Lawson worked for GrubHub | |
| 1454 | Data re R. Lawson's Postmates Payments | PM0092 | PM0105 | | Relevance to the extent that they pertain to | |

40

PLAINTIFF'S OBJECTIONS TO GRUBHUB'S EXHIBITS
CASE NO. 3:15-cv-05128

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | | | | | time period outside of when Lawson worked for GrubHub | |
| 1455 | Data re R. Lawson's Postmates Deliveries | PM0106 | PM0114 | | Relevance to the extent that they pertain to time period outside of when Lawson worked for GrubHub | |
| 1456 | Data re R. Lawson's Postmates Payments | PM0115 | PM0117 | | Relevance to the extent that they pertain to time period outside of when Lawson worked for GrubHub | |
| 1457 | Data re R. Lawson's Postmates Actions | PM0118 | PM0135 | | Relevance to the extent that they pertain to time period outside of when Lawson worked for GrubHub | |
| 1458 | Data re R. Lawson from Caviar, Inc. | CAVIAR00000 001 | | | Relevance to the extent that they pertain to time period outside of when Lawson worked for | |

| Trial Exhibit No. | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment | Plaintiff's Objection(s) | Court's Ruling on Objection |
|---|---|---|---|---|---|---|
| | | | | | GrubHub | |
| 1459 | Driver history re R. Lawson | GH001774 | GH001775 | | | |
| 1460 | Driver history re R. Lawson | GH001776 | GH001811 | | | |
| 1461 | R. Lawson's responses to survey | GH001815 | GH001819 | | | |
| 1462 | 2015 Form 1040 | | | | Relevance | |
| 1463 | 2015 Schedule C | | | | Relevance | |
| 1464 | 2016 Form 1040 | | | | Relevance | |
| 1465 | 2015 Schedule C | | | | Relevance | |
| 1466 | Excerpts from R. Lawson's Twitter | GH002295 | GH002301 | | Relevance | |

Date: August 21, 2017

Respectfully submitted,

RAEF LAWSON, individually and on behalf of all other similarly situated individuals, and in his capacity as Private Attorney General Representative

By his attorneys,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (State Bar No. 310719)
Thomas Fowler, *pro hac vice*
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000

Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com, tfowler@llrlaw.com

Matthew D. Carlson (State Bar No. 273242)
mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary St., Suite 201
San Francisco, California 94102
Telephone: (415) 630-2651
Facsimile:  (617) 994-5801

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served by electronic filing on August 21, 2017, on all counsel of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan