THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
KEVIN RING-DOWELL, SBN 278289
  kringdowell@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile:  949.451.4220

Attorneys for Defendants GRUBHUB HOLDINGS INC. and GRUBHUB INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW TAN and RAEF LAWSON in their capacities as Private Attorney General Representatives, and RAEF LAWSON, individually and on behalf of all other similarly situated individuals,<br><br>      Plaintiffs,<br><br>  v.<br><br>GRUBHUB HOLDINGS INC. and GRUBHUB INC.,<br><br>      Defendants. | CASE NO. 3:15-cv-05128-JSC<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS ON JOINT EXHIBIT LIST** |

Defendants Grubhub Holdings Inc. and Grubhub Inc. (collectively, "Grubhub") make the following objections to certain of Plaintiff's exhibits on the Joint Exhibit List, filed on August 21, 2017. *See* Dkt. 183. To the extent Plaintiff provides amendments to the Joint Exhibit List after this date, Grubhub reserves the right to make further objections. Grubhub also reserves the right to make additional objections during trial. Nothing herein shall be construed as Grubhub's agreement with Plaintiff's "Description" of the below exhibits or a stipulation as to the admissibility of other exhibits.

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 1 | GrubHub Delivery Service Provider Agreement (August 28, 2015) | GH001117-1133 | FRE 403/Misleading, undue prejudice, confusion of issues, waste of time.<br><br>This is an incomplete document that is not signed. Grubhub proposes using the version used at Plaintiff's deposition to avoid confusion and wasting time discussing multiple exhibits. | |
| 22 | Jeff Smith Email Chain re Restaurant Feedback | GH001315-1317 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* Defs' Not. of Mot. and Mot. in Limine No. 1 to Exclude Documentary Evidence Regarding Non-Witness Delivery Service Providers ("DSPs"), Dkt. 161 ("MIL 1"), Defs' Not. of Mot. and Mot. in Limine No. 2 to Exclude Evidence of Defendants' Policies and Practices Outside the Time Period When Plaintiff Performed Deliveries Through Grubhub, Dkt. 163 ("MIL 2").<br><br>This email relates to DSPs other than Plaintiff and occurred outside the time period that Plaintiff was performing delivery services through Grubhub and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 23 | " | GH001318-1319 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001315-1317. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 24 | " | GH001320-1321 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001315-1317. | |
| 25 | " | GH001322-1323 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001315-1317. | |
| 26 | Jeff Smith Email Chain re Terminating Drivers | GH001052-1053 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2.<br><br>This email relates to DSPs other than Plaintiff and occurred outside the time period that Plaintiff was performing delivery services through Grubhub and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the tier of fact, and unduly prejudice Grubhub. | |
| 27 | " | GH001054-1055 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 28 | " | GH001056 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 29 | " | GH001057 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 30 | " | GH001324-1326 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 31 | GrubHub Termination Emails to Other Drivers | GH000543 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 32 | " | GH000544 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 33 | " | GH000579 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 34 | " | GH000638 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 35 | " | GH000639 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 36 | " | GH000659 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 37 | " | GH000710 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 38 | " | GH000754 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 39 | " | GH000763 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 40 | " | GH000770 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 41 | " | GH000803 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001052-1053. | |
| 76 | GrubHub Application Page | LAWSON002076-2080 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2, Defs' Not. of Mot. and Mot. in Limine No. 3 to Exclude Evidence of Defendants' Policies and Practices Outside of California, Dkt. 163 ("MIL 3").<br><br>This document is not related to Plaintiff or from the time period that he performed services through Grubhub and is therefore not relevant and serves no purpose except to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 77 | GrubHub FAQ | LAWSON002067-002075 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2, 3.<br><br>This document is not related to Plaintiff, is not from the time period that he performed services through Grubhub, and does not relate to DSPs specifically, and is therefore not relevant and serves no purpose except to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 78 | Training Documents – Jeff Smith Created | GH001443-1445 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2, 3.<br><br>This document was not used to train Operations Specialists and was created after Plaintiff stopped performing delivery services through Grubhub.  Therefore, this document is irrelevant to the Phase One trial and only serves to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 79 | " | GH001446-1447 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 80 | " | GH001448-1450 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 81 | " | GH001451-1452 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 82 | " | GH001453-1463 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 83 | " | GH001464 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 84 | " | GH001465 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 85 | " | GH001466-1470 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 86 | " | GH001471-1479 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 87 | " | GH001480-1481 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 88 | " | GH001482-1483 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 89 | " | GH001484-1485 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 90 | " | GH001486-1490 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 91 | " | GH001491 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 92 | " | GH001492-1498 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 93 | " | GH001499-1500 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 94 | " | GH001501-1520 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 95 | " | GH001521-1538 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 96 | " | GH001593-1540 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 97 | " | GH001541-1542 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 98 | " | GH001543-1544 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 99 | " | GH001545-1546 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 100 | " | GH001547-1548 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 101 | " | GH001549-1555 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |
| 102 | " | GH001556 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH001443-1445. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 103 | Other Driver Documents | LAWSON001544-1545 | Foundation; FRE 801 & 802/Hearsay; FRE 901/Authentication; FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2, 3.<br><br>This email relates to DSPs other than Plaintiff, occurred outside the time period that Plaintiff was performing delivery services through Grubhub, and relates to DSPs outside of California, and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub.  Further, the persons sending and receiving this email are not witnesses at the Phase One trial and therefore this email cannot be authenticated. This email also constitutes inadmissible hearsay. | |
| 104 | " | LAWSON001546 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 105 | " | LAWSON001547-1549 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 106 | " | LAWSON001550-1551 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 107 | " | LAWSON001552-1553 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 108 | " | LAWSON001554-1555 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 109 | " | LAWSON001556-1557 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 110 | " | LAWSON001558-1559 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 111 | " | LAWSON001560-1562 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 112 | " | LAWSON001563 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 113 | " | LAWSON001564-1567 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 114 | " | LAWSON001568-1569 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 115 | " | LAWSON001570 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 116 | " | LAWSON001571-1572 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 117 | " | LAWSON001573 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 118 | " | LAWSON001574-1574 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 119 | " | LAWSON001576-1577 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 120 | " | LAWSON001578-1579 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 121 | " | LAWSON001580-1582 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 122 | " | LAWSON001583 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 123 | " | LAWSON001584-1585 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 124 | " | LAWSON001586-1587 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 125 | " | LAWSON001588-1590 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 126 | " | LAWSON001591-1593 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 127 | " | LAWSON001594-1595 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 128 | " | LAWSON000798 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001544-1545. | |
| 129 | " | DAVARI000001 | Foundation; FRE 901/Authentication; FRE 801 & 802/Hearsay; FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time.<br><br>Mr. Davari is not a witness at the Phase One trial.  This document relates to DSPs other than Plaintiff and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 130 | " | DAVARI000017 | Grubhub incorporates by reference, as though fully stated herein, its objections to DAVARI000001.<br><br>Grubhub further objects that this document does not appears to be the complete email chain and therefore will waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 131 | " | DAVARI000024 | Grubhub incorporates by reference, as though fully stated herein, its objections to DAVARI000001.<br><br>Grubhub further objects that this document does not appears to be the complete email chain and therefore will waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 132 | " | DAVARI000037 | Grubhub incorporates by reference, as though fully stated herein, its objections to DAVARI000001. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 133 | GrubHub Driver Master Data | GH001348-1425 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; Foundation; *see* MILs 1, 3.<br><br>This document includes information related to DSPs other than Plaintiff and to DSPs who performed services outside of California and, to that extent, is irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. Grubhub further objects on the grounds that this document is incomplete because it does not include the parent email and therefore lacks foundation. | |
| 134 | Grubhub CA Market Data | GH001426-1441 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; Foundation; *see* MIL 1.<br><br>This document includes information related to DSPs other than Plaintiff and, to that extent, is irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. Grubhub further objects on the grounds that this document is incomplete because it does not include the parent email and therefore lacks foundation. | |
| 135 | Aggregate Data | GH002145-2146 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2, 3.<br><br>This report is from March 2017, when Plaintiff was no longer performing delivery services through Grubhub, does not contain information about any specific DSPs, and contains information related to markets outside of California, and is therefore irrelevant to the Phase One trial and only serves to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 136 | " | GH002205-2206 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002145-2146. | |
| 137 | " | GH002289-2290 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002145-2146. | |
| 143 | Nguyen Documents | NGUYEN000001-2 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 2.<br><br>Should Mr. Nguyen not testify at the Phase One trial, Grubhub reserves the right to object to this document on the grounds of: Foundation; FRE 901/Authentication; FRE 801 & 802/Hearsay; FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time.<br><br>This document relates to DSPs other than Plaintiff and occurred outside the time period that Plaintiff was performing delivery services through Grubhub and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 144 | " | NGUYEN000054-59 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 145 | " | NGUYEN000062-63 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 146 | " | NGUYEN000064 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 147 | " | NGUYEN000066 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 148 | " | NGUYEN000074 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 149 | " | NGUYEN000105-106 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 150 | " | NGUYEN000112 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 151 | " | NGUYEN000113 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 152 | " | NGUYEN000114 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 153 | " | NGUYEN000115 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 154 | " | NGUYEN000116 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 155 | " | NGUYEN000117 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 156 | " | NGUYEN000118 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 157 | " | NGUYEN000119 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 158 | " | NGUYEN000124 | Grubhub incorporates by reference, as though fully stated herein, its objections to NGUYEN000001-22. | |
| 159 | Minimum Wage Charts | LAWSON001635-1636 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; FRCP 26/Constitutes attempted expert testimony from a person who was not designated as an expert; FRE 701/Improper lay testimony; FRE 1006/Improper summary document; Foundation.<br><br>This purported damages analysis is improper because it fails to identify the source information for the data, the basis for any assumptions, and the method of calculation. It is therefore an improper summary document under FRE 1006 and also calls for an improper expert opinion from a lay witness.  This document only serves to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 160 | " | LAWSON001637 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON001635-1636. | |
| 161 | Overlap Chart | LAWSON1638-1642 | FRE 1006/Improper summary document; Foundation.<br><br>This document does not identify the source information and whether it is identified on Plaintiff's Preliminary Exhibit List, and therefore is an improper summary document under FRE 1006 and lacks foundation. | |
| 162 | GrubHub Driver Care Training Documents – Not Created by Smith | LAWSON001838-1865 | Foundation; FRE 901/Authentication; FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; see MILS 1, 2, 3.<br><br>This unidentified compilation of documents serves no purpose but to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 166 | Grubhub Inc. Form 10-Q (For the quarterly period ended June 30, 2017) | LAWSON002006-2060 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; see MILs 1, 2, 3.<br><br>This document is from the second quarter of 2017, when Plaintiff was no longer performing delivery services through Grubhub, and is therefore irrelevant to the Phase One trial and only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 167 | Kevin Kelly Restaurant Feedback | GH002077 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; *see* MILs 1, 3.<br><br>Should Mr. Kelly not testify at the Phase One trial, Grubhub reserves the right to object to this document on the grounds of: Foundation; FRE 901/Authentication; FRE 801 & 802/Hearsay; FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time.<br><br>This document relates to DSPs other than Plaintiff and occurred outside the time period that Plaintiff was performing delivery services through Grubhub and is therefore irrelevant to the Phase One trial and will only serve to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 168 | Kevin Kelly "Offer" Spreadsheet | GH002078-2125 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002007. | |
| 169 | Kevin Kelly "Schedule" Spreadsheet | GH002126-2128 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002007. | |
| 170 | Text Message between Kelly and Grubhub | GH002144 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002007. | |
| 171 | Kevin Kelly Pay History Detail Report | GH002129-2131 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002077. | |
| 172 | Kevin Kelly Delivery Data Spreadsheet Excerpt | GH002021-2024 | Grubhub incorporates by reference, as though fully stated herein, its objections to GH002077.<br><br>Grubhub further objects to this exhibit because it is not the complete document and therefore will waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |

| Trial Exhibit No. | Document Description | Bates Number(s) | Objection | Court's Ruling On Objection |
|---|---|---|---|---|
| 173 | Grubhub's Answer to Plaintiff's Interrogatory No. 6 | LAWSON002061-2066 | Plaintiff has failed to designate Grubhub's Responses to Plaintiff's Interrogatories pursuant to the Court's pre-trial procedures or by the Court-ordered deadline (*see* Dkt. 145) and instead has included excerpts of Grubhub's Responses as an exhibit. Grubhub objects to the use of Grubhub's Responses in this form. | |
| 174 | Calculation of Minimum Actual Mileage Driven to Deliver Orders | LAWSON002081-2083 | FRE 401/Relevance; FRE 403/Misleading, undue prejudice, confusion of issues, waste of time; FRCP 26/Constitutes attempted expert testimony from a person who was not designated as an expert; FRE 701/Improper lay testimony; FRE 1006/Improper summary document; Foundation.<br><br>This purported mileage analysis is improper because it fails to identify the source information for the data, the basis for any assumptions, and the method of calculation. It is therefore an improper summary document under FRE 1006 and also calls for an improper expert opinion from a lay witness. This document only serves to waste time, confuse the issues, mislead the trier of fact, and unduly prejudice Grubhub. | |
| 175 | Mileage Comparison | LAWSON002084 | Grubhub incorporates by reference, as though fully stated herein, its objections to LAWSON002081-2083. | |

Dated: August 21, 2017

GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Dhananjay S. Manthripragada
         Dhananjay S. Manthripragada

Attorneys for Defendants GRUBHUB HOLDINGS INC. and GRUBHUB INC.