# EXHIBIT A

| Trial Exhibit No. | Offered Into Evidence | Admitted into Evidence | Sponsoring Witness | Limits on Use | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment |
|---|---|---|---|---|---|---|---|---|
| 1467 | | | | | K. Kelly Offer Package | LAWSON001786 | LAWSON001801 | |
| 1468 | | | | | Massachusetts Onboarding Presentation | GH002296 | GH002321 | |
| 1469 | | | | | K. Kelly pay statements | LAWSON001825 | LAWSON001837 | |
| 1470 | | | | | K. Kelly timesheets | GH002132 | GH002143 | |
| 1471 | | | | | Text messages between K. Kelly and Grubhub | GH002295 | | |
| 1472 | | | | | K. Kelly - Grubhub Code of Business Conduct and Ethics | LAWSON001806 | LAWSON001813 | |
| 1473 | | | | | K. Kelly eStratex summary | GH002322 | GH002323 | |
| 1474 | | | | | K. Kelly arbitration agreement | LAWSON001802 | LAWSON001805 | |
| 1475 | | | | | V. Moskovkin Salesforce profile | GH002324 | GH002328 | |
| 1476 | | | | | V. Moskovkin DSP Agreement | GH002329 | GH002342 | |
| 1477 | | | | | V. Moskovkin driver profile | GH002343 | GH002344 | |
| 1478 | | | | | V. Moskovkin delivery data | GH002345 | GH002389 | |

| Trial Exhibit No. | Offered Into Evidence | Admitted into Evidence | Sponsoring Witness | Limits on Use | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment |
|---|---|---|---|---|---|---|---|---|
| 1479 | | | | | V. Moskovkin offer data | GH002391 | GH002509 | |
| 1480 | | | | | V. Moskovkin schedule data | GH002510 | GH002512 | |
| 1481 | | | | | V. Moskovkin driver pay data | GH002513 | | |
| 1482 | | | | | V. Moskovkin driver pay components data | GH002514 | GH002528 | |
| 1483 | | | | | Grubhub 2015-2016 Total Orders-CA | GH002531 | | |
| 1484 | | | | | Grubhub 2015-2016 Gross Food Sales-CA | GH002532 | | |
| 1485 | | | | | Grubhub 2015-2016 Number of Restaurants-CA | GH002533 | | |
| 1486 | | | | | Grubhub 2015-2016 Total Orders-National | GH002534 | | |
| 1487 | | | | | Grubhub 2015-2016 Gross Food Sales-National | GH002535 | | |
| 1488 | | | | | Grubhub 2015-2016 Number of Restaurants-National | GH002536 | | |

| Trial Exhibit No. | Offered Into Evidence | Admitted into Evidence | Sponsoring Witness | Limits on Use | Description | Beginning Bates Nos. | Ending Bates Nos. | Attachment |
|---|---|---|---|---|---|---|---|---|
| 1489 | | | | | R. Lawson Tweets | GH002537 | GH002543 | |
| 1490 | | | | | Grubhub multi-apping chart | GH002544 | GH002548 | |
| 1491 | | | | | R. Lawson's 2016 Tax Deductions (Business Related Expenses) [Unredacted] | LAWSON002085 | LAWSON002142 | |