**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**COURT TRIAL MINUTE ORDER**

Case No.  15-cv-05128-JSC                          Case Name:  Lawson v. Grubhub, Inc.

Date:  September 12, 2017 (Day 6)                  Time: 3 hours and 39 minutes

**The Honorable Jacqueline Scott Corley**

**Clerk**: Ada Means                          **Court Reporters**:  Debra Pas & JoAnne Bryce

**COUNSEL FOR PLAINTIFFS:** Shannon Liss-Riordan; Thomas Fowler; Matthew Carlson

**COUNSEL FOR DEFENDANT**: Dhananjay Manthripragada; Michele Maryott;
                                    Theane Evangelis

Trial Began:  9/5/2017                                    Further Trial:  10/30/2017

**TRIAL MOTIONS HEARD**:                    **DISPOSITION:**

1. _____        _____

2. _____        _____

3. _____        _____

**OTHER:**

Direct and cross examination of Jared Grebner. Direct and cross examination of William Francione.

_____

_____

**VERDICT:**

_____

_____

_____

**DISPOSITION OF EXHIBITS:**

_____

Please see the attached admitted exhibit list.

_____

_____