LICHTEN & LISS-RIORDAN, P.C.
SHANNON LISS-RIORDAN, SBN 310719
    sliss@llrlaw.com
THOMAS FOWLER, *pro hac vice*
    tfowler@llrlaw.com
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone:    (617) 994-5800
Facsimile:    (617) 994-5801

MATTHEW CARLSON, SBN 273242
    mcarlson@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone:    (415) 630-2651
Facsimile:    (617) 994-5801

Attorneys for Plaintiff RAEF LAWSON

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN
    132099
    tboutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
    tevangelis@gibsondunn.com
DHANANJAY MANTHRIPRAGADA, SBN
    254433
    dmanthripragada@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:   213.229.7520

MICHELE MARYOTT, SBN 191993
    mmaryott@gibsondunn.com
KEVIN J. RING-DOWELL, SBN 278289
    kringdowell@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:  949.451.3945
Facsimile:  949.451.4220

Attorneys for Defendants
GRUBHUB HOLDINGS INC. and
GRUBHUB INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAEF LAWSON, individually and in his capacity as Private Attorney General Representative<br><br>Plaintiff,<br><br>v.<br><br>GRUBHUB HOLDINGS INC. AND GRUBHUB INC.,<br><br>Defendants. | CASE NO. 3:15-cv-05128-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL SUBMISSION DEADLINE**<br><br>Judge:         Hon. Jacqueline Scott Corley<br><br>ACTION FILED: September 23, 2015<br><br>TRIAL DATE:    September 5, 2017 |

1    Pursuant to Civil L.R. 6-2 and 7-12, the undersigned counsel of record for Plaintiff Raef Lawson ("Plaintiff") and Defendants Grubhub Holdings Inc. and Grubhub Inc. (collectively, "Defendants" or "Grubhub") jointly file the following Stipulation:

WHEREAS, the evidence portion of the Phase One Trial in this matter took place from September 5 through September 12, 2017 (Dkt. Nos. 199, 201, 203, 204, 205, and 212);

WHEREAS, this Court set the deadline for the parties' post-evidence submissions for October 20, 2017;

WHEREAS, the parties have conferred and jointly request a brief extension of the deadline for the parties' post-evidence submissions from October 20 to October 23, 2017;

WHEREAS, the parties expect that the requested extension will not unduly burden the Court or affect the schedule for the parties' closing arguments, which have been set to take place on October 30, 2017.

NOW THEREFORE, the Parties hereby stipulate, subject to the approval of this Court, that:

1. The parties shall file their post-trial submissions on October 23, 2017.

Dated: October 18, 2017         LICHTEN & LISS-RIORDAN, P.C.

                                By:   /s/ *Shannon Liss-Riordan*
                                      Shannon Liss-Riordan

                                Attorneys for Plaintiff


Dated: October 18, 2017         GIBSON, DUNN & CRUTCHER LLP

                                By:   */s/ Dhananjay S. Manthripragada*
                                      Dhananjay S. Manthripragada

                                Attorneys for Defendants

1                                             [~~PROPOSED~~] ORDER

2                 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8    Dated: Oct. 19, 2017

9                                   The Honorable Jacqueline Scott Corley

*GRANTED — Jacqueline Scott Corley, Judge Jacqueline Scott Corley, United States District Court, Northern District of California*