UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COURT TRIAL MINUTE ORDER**

Case No.  15-cv-05128-JSC                        Case Name:  Lawson v. Grubhub, Inc.

Date:  October 30, 2017 (Day 7)                  Time: 5 hours and 9 minutes

**The Honorable Jacqueline Scott Corley**

**Clerk**:  Ada Means                            **Court Reporter**:  Debra Pas

**COUNSEL FOR PLAINTIFFS:** Shannon Liss-Riordan; Thomas Fowler; Matthew Carlson

**COUNSEL FOR DEFENDANT**: Dhananjay Manthripragada; Michele Maryott; Theane Evangelis

Trial Began:  9/5/2017                           Trial Completed:  10/30/2017

**TRIAL MOTIONS HEARD**:                         **DISPOSITION:**

1. _____                _____

2. _____                _____

3. _____                _____

**OTHER:**

Closing statements presented by Ms. Liss-Riordan and Ms. Maryott.

**VERDICT:**

**DISPOSITION OF EXHIBITS:**