# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 15-cv-05128-JSC
Case Name: Lawson v. Grubhub, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|---|
| Jacqueline Scott Corley | | S. Liss-Riordan; T. Fowler; M. Carlson | D. Manthripragada; T. Evangelis; M. Maryott |
| TRIAL DATE: | | REPORTER: | CLERK: |
| October 30, 2017 (Day 7) | | Debra Pas | Ada Means |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:01 a.m. | | | Court reconvenes, all parties present. Court and counsel confer re: trial procedure. | |
| | | 11:03 a.m. | | | Closing statement for Plaintiff presented by Ms. Liss-Riordan. | |
| | | 12:19 p.m. | | | Court called for a brief recess. | |
| | | 12:41 p.m. | | | Court reconvenes, all parties present. Closing statement for Defendant presented by Ms. Maryott. | |
| | | 2:20 p.m. | | | Court called for a brief recess. | |
| | | 2:43 p.m. | | | Court reconvenes, all parties present. Rebuttal closing statement for Plaintiff presented by Ms. Liss-Riordan. | |
| | | 3:12 p.m. | | | Rebuttal closing statement for Defendant presented by Ms. Maryott. | |
| | | 3:22 p.m. | | | Closing statement re: damages for Plaintiff presented by Ms. Liss-Riordan. | |
| | | 3:51 p.m. | | | Closing statement re: damages for Defendant presented by Ms. Maryott. | |
| | | 4:10 p.m. | | | The matter is taken under submission. Court is adjourned. | |

1