Court of Appeal, Second Appellate District, Division Seven - No. B249546

S222732

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

DYNAMEX OPERATIONS WEST, INC., Petitioner,

v.

SUPERIOR COURT OF LOS ANGELES COUNTY, Respondent;

CHARLES LEE et al., Real Parties in Interest.

SUPREME COURT
FILED
DEC 28 2017
Jorge Navarrete Clerk
Deputy

    The court requests the parties in this matter (and amici curiae who have filed briefs in this case, if they so choose) to file supplemental briefing addressing the following question: Is the pertinent wage order's suffer-or-permit-to-work definition of "employ" properly construed as embodying a test similar to the "ABC" test that the New Jersey Supreme Court, in *Hargrove v. Sleepy's LLC* (N.J. 2015) 106 A.3d 449, 462-465, held should be used under the New Jersey Wage and Hour Law, which also defines "employ" to include "to suffer or to permit to work" (N.J. Stat. § 34:11-56a1)?

    The parties (and amici, if they so choose) are to serve and file simultaneous supplemental letter briefs on or before Wednesday, January 17, 2018, and serve and file simultaneous reply letter briefs on or before Wednesday, January 24, 2018. No extension of time is contemplated.

CANTIL-SAKAUYE
*Chief Justice*