UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEF LAWSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GRUBHUB, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05128-JSC<br><br>**JUDGMENT** |

The Court having found in favor of Defendants and against Plaintiff by Opinion filed February 8, 2018, enters judgment in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: February 8, 2018

　　　　　　　　　　　　　　　　　　　　*Jacqueline Scott Corley*
　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge