FILED

JUL 17 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RAEF LAWSON, individually and on behalf of all other similarly situated individuals, and in his capacity as Private Attorney General Representative, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> GRUBHUB, INC. and GRUBHUB HOLDINGS, INC., <br><br> Defendants-Appellees. | No. 18-15386 <br><br> D.C. No. 3:15-cv-05128-JSC Northern District of California, San Francisco <br><br> ORDER |

Before: TASHIMA, SILVERMAN, and GRABER, Circuit Judges.

Appellees' motion for an extension of time to file a response to appellant's motion to remand (Docket Entry No. 11) is denied as moot, because appellees filed their response by the original due date.

Appellant's motion to remand (Docket Entry No. 10) is denied without prejudice to renewing the request in the opening brief. This denial is without prejudice to appellant filing a motion for a limited remand accompanied by an indication that the district court is willing to entertain a post-judgment motion related to the arguments raised in the motion to remand. *See* Fed. R. App. P. 12.1(b).

The opening brief is due August 20, 2018. The answering brief is due

AC/MOATT

September 19, 2018.  The optional reply brief is due within 21 days after service of the answering brief.

AC/MOATT                                  2