SHANNON LISS-RIORDAN, SBN 310719
  sliss@llrlaw.com
THOMAS FOWLER, *pro hac vice*
  tfowler@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: 617.994.5800
Facsimile: 617.994.5801

Attorneys for Plaintiff

THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA
  SBN 254433
  dmanthripragada@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

MICHELE L. MARYOTT, SBN 191993
  mmaryott@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAEF LAWSON, in his capacity as Private Attorney General Representative,<br><br>Plaintiffs,<br><br>v.<br><br>GRUBHUB HOLDINGS INC. and GRUBHUB INC.,<br><br>Defendants. | CASE NO. 3:15-cv-05128-JSC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**Conference:**<br>Date:          November 7, 2024<br>Time:          1:30 p.m.<br>Place:          Courtroom 8<br><br>Judge:         Hon. Jacqueline Scott Corley<br>Action Filed:  September 23, 2015<br>Trial Date:    March 3, 2025 |

Plaintiff Raef Lawson, in his capacity as Private Attorney General Representative ("Plaintiff" or "Lawson"), and Defendants Grubhub Holdings Inc. and Grubhub Inc. (collectively, "Defendants" or "Grubhub") (jointly, the "parties"), by and through their respective counsel of record, hereby submit the following Joint Case Management Statement in advance of the Further Case Management Conference scheduled in this matter for November 7, 2024.

## I.  DISCOVERY AND DATA ANALYSIS

In January 2024, the Court directed Grubhub to produce wage-and-hour data for Delivery Partners from December 3, 2014, through December 15, 2020.  Dkt. 368 at 39:12–17.  The Court also requested that the parties estimate "the number of violations" without regard to the applicability of the business-to-business exemption.  *Id.* at 36:1–11.

In April 2024, without waiver of its right to supplement its data production, Grubhub produced more than nine gigabytes of data showing scheduled block hours, pay, and time spent performing deliveries for each Delivery Partner in California for each day.  The production also contained more granular offer and order data comprising more than 99 million entries.  The parties have worked together diligently to analyze the voluminous data that Grubhub has produced over a six-year span. The parties are continuing to confer regarding the data and clarifying the areas where they can find agreement and areas where there may be disputes to present to the Court.  The parties intend to complete this process by the time trial plans are due on November 21, and will provide an update on the status of the data discussions at the same time that trial plans are submitted.

## II.  SETTLEMENT AND ADR

After the parties submitted their joint notice of mediator selection to the Court (Dkt. 391), they engaged Tripper Ortman to help mediate the case and participated in a mediation session on September 13, 2024.  Settlement discussions among the parties and Mr. Ortman have continued through the week of October 28, but the parties have not been able to reach a settlement.

## III.  SCHEDULING

Pursuant to the Court's Order Following July 11, 2024 Case Management Conference (Dkt. 384 at 1), the parties are preparing proposed trial plans to be filed on November 21, 2024.  The parties propose a simultaneous submission of trial plans on November 21, followed by responsive briefs on

1  December 5, and setting a subsequent Case Management Conference for January 9, 2025, to discuss
2  the trial plan and related issues.

Dated: October 31, 2024                     Respectfully submitted,


                                            LICHTEN & LISS-RIORDAN, P.C.

                                            By:  /s/     Shannon Liss-Riordan
                                                        Shannon Liss-Riordan

                                            Attorneys for Plaintiff RAEF LAWSON



                                            GIBSON, DUNN & CRUTCHER LLP

                                            By:  /s/     Theane Evangelis
                                                        Theane Evangelis

                                            Attorneys for Defendants GRUBHUB HOLDINGS
                                            INC. and GRUBHUB INC.

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: October 31, 2024                    GIBSON, DUNN & CRUTCHER LLP

By: /s/   *Theane Evangelis*
          Theane Evangelis

Attorneys for Defendants GRUBHUB HOLDINGS INC. and GRUBHUB INC.